Joel C. Griswold, admission *pro hac vice* pending
jcgriswold@bakerlaw.com
BAKER HOSTETLER
191 North Wacker Drive, Suite 3100
Chicago, IL  60606-1901
Telephone: (312) 416-6200
Facsimile: (312) 416-6201

Leila Narvid, Bar No. 229402
ln@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
One Post Street, Suite 1000
San Francisco, California 94104
Telephone: (415) 398-7860
Facsimile: (415) 398-7863

Attorneys for Defendant
KOHL'S DEPARTMENT STORES, INC.

Shaun Setareh, Bar No. 204514
shaun@setarehlaw.com
Tuvia Korobkin, Bar No. 268066
tuvia@setarehlaw.com
SETAREH LAW GROUP
9454 Wilshire Boulevard, Suite 907
Beverly Hills, CA  90212
Telephone: (310) 888-7771
Facsimile: (310) 888-0109

Attorneys for Plaintiff
KAYONIE COLEMAN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**San Francisco Division**

| | |
|---|---|
| KAYONIE COLEMAN, on behalf of herself, all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>KOHL'S DEPARTMENT STORES, INC., a Delaware Corporation; and DOES 1 to 100, Inclusive,<br><br>    Defendants. | Case No. 3:15-cv-02588-JCS<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION REGARDING DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**The Hon. Joseph C. Spero** |

Pursuant to Northern District of California Local Rule 6-1(a), Defendant KOHL'S DEPARTMENT STORES, INC. ("Defendant") and Plaintiff KAYONIE COLEMAN ("Plaintiff") hereby stipulate that Defendant's deadline to respond to Plaintiff's Complaint will be **July 20, 2015**.

The parties have not sought or obtained any other extensions regarding Defendant's deadline to respond to Plaintiff's Complaint. This stipulation does not alter the date of any event or any deadline already fixed by Court order.

DATED: June 19, 2015            PAYNE & FEARS LLP

                                By:      */s/ Leila Narvid*
                                         LEILA NARVID

                                Attorneys for Defendant
                                KOHL'S DEPARTMENT STORES, INC.

DATED: June 19, 2015            SETAREH LAW GROUP

                                By:      */s/ Shaun Setareh*
                                         SHAUN SETAREH
                                         TUVIA KOROBKIN

                                Attorneys for Plaintiff
                                KAYONIE COLEMAN

### ATTESTATION OF E-FILED SIGNATURE

I, Leila Narvid, am the ECF User whose ID and password are being used to file this Joint Stipulation Regarding Defendant's Response to Plaintiff's Complaint. In compliance with General Order 45, X.B., I hereby attest that Shaun Setareh, Esq. has read and approved this Joint Stipulation Regarding Defendant's Response to Plaintiff's Complaint and consents to its filing in this action.

DATED: June 19, 2015            PAYNE & FEARS LLP

Dated: 6/23/15


Judge Joseph C. Spero

                                By:      */s/ Leila Narvid*
                                         LEILA NARVID
                                Attorneys for Defendant
                                KOHL'S DEPARTMENT STORES, INC.