UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| KAYONIE COLEMAN and DIANE PEMBERTON, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>       v.<br><br>KOHL'S DEPARTMENT STORES, INC., a Delaware Corporation; and DOES 1 to 100, Inclusive.<br><br>       Defendants. | Case No.: 3:15-cv-02588-JCS<br><br>**CLASS ACTION**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)**<br><br>The Hon. Joseph C. Spero |

      Plaintiffs, Kayonie Coleman and Diane Pemberton, pursuant to Fed. R. Civ. P. 41 (a)(2), hereby stipulate to and request dismissal of this action with prejudice, and with each Party to bear their own costs and attorneys' fees.

      WHEREFORE, Plaintiffs pray that the Court dismiss this action with prejudice, without further right to appeal, and with each Party to bear their own costs and attorneys' fees.

      DATED this 17th day of December, 2015.

      Respectfully submitted,

*/s/Brandon J. Hill*
**BRANDON J. HILL**
*Admitted Pro Hac Vice*
Florida Bar Number: 37061
**WENZEL FENTON CABASSA, P.A.**
1110 North Florida Ave., Suite 300
Tampa, Florida 33602
Main No.: 813-224-0431
Facsimile: 813-229-8712
Email: bhill@wfclaw.com
Email: jriley@wfclaw.com
**Attorney for Plaintiffs**