UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| KAYONIE COLEMAN and DIANE PEMBERTON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KOHL'S DEPARTMENT STORES, INC., a Delaware Corporation; and DOES 1 to 100, Inclusive,<br><br>Defendants. | Case No. 3:15-cv-02588-JCS<br><br>**CLASS ACTION**<br><br>(~~PROPOSED~~) ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)<br><br>The Hon. Joseph C. Spero |

The Court, having considered the Plaintiffs, Kayonie Coleman and Diane Pemberton's Stipulation and Request for Dismissal Pursuant to Fed. R. Civ. P. 41(a)(2), and good cause appearing therefor, hereby rules and orders as follows:

This action is hereby dismissed with prejudice, without further right to appeal, and with each Party to bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated:  12/18/15

Hon. Joseph C. Spero
Magistrate Judge, United States District Court